### Cowen *et al. v.* Arnold *et al.*

(*Supreme Court, General Term, First Department.*   June 6, 1890.)

Appeal—Dismissal—Defective Record.
   An appeal from an order will be dismissed where it appears from the record that affidavits used on the motion and recited in the order have not been printed.

Appeal from special term, New York county.

Foreclosure proceedings instituted by Newman Cowen and another against Christina Arnold and others.   George Finck, one of the defendants, appeals from an order directing the receiver in the action to pay over certain moneys to plaintiffs.

Argued before Van Brunt, P. J., and Brady and Daniels, JJ.

*George Finck,* for appellants.   *Lewis Sanders,* for respondents.   *C. H. Lovett,* for the receiver.

Per Curiam.   It appears, upon an examination of the papers, that certain affidavits used upon this motion and recited in the order have not been printed. This objection was taken upon the coming on of the appeal for argument. We do not see how we can consider the appeal on the merits, under these circumstances.   The appeal must be dismissed, with costs.